# EXHIBIT A



**2016**

# MASTERS OF MARKETING
### CONFERENCE

**GROWTH**

Mastering Brands and Driving Results

October 19–22  |  Rosen Shingle Creek  |  Orlando, Fla.  |  #ANAMasters

For more information and to register, please visit **www.ana.net/anamasters16**.

## LEARN, NETWORK, AND HAVE FUN

By any measure, the **ANA Masters of Marketing Conference** is the industry's foremost annual event, attracting more than 2,500 attendees. For three days, a who's who of chief marketing officers and other industry movers and shakers will share their remarkable stories of mastering brands and driving results in ways that didn't seem possible even a few years ago. You will walk away from each presentation feeling more informed and inspired about using traditional and digital marketing tools, evolving technologies, content, and data to reach target audiences and grow market share. In addition to the distinguished speakers, you will enjoy a wealth of networking opportunities, golf and tennis, evening entertainment, a casino night, and much more.

### CONFERENCE PRICING

**ANA members:** $1,795

**BAA/BMA Gold members:** $1,795

**BAA/BMA Silver members:** $2,195

**BMA Individual members:** $2,495

**Nonmembers:** $2,495

**Special corporate pricing is available to ANA members and BAA/BMA Gold members:**
$2,995 for up to four individuals from the same company

### PRE-CONFERENCE WORKSHOPS

**The following workshops, scheduled for October 19, are open to anyone registered for the Masters of Marketing. No pre-registration is required, but seats are limited.**

- The Talent Disconnect: Building the Next Generation of Marketers
- MarTech Essentials: The Latest on How People, Processes, and Creative Messaging Techniques Are Meeting the Marketing Stack
- Discovering Programmatic for Real-World Application
- Insights2020 Workshop: Using Insights to Drive Customer Centricity

**#ANAMasters**

# FEATURED SPEAKERS



**Douwe Bergsma**
Chief Marketing Officer
**Georgia-Pacific Corp.**



**Juliana Chugg**
Executive Vice President
and Chief Brand Officer
**Mattel, Inc.**

**Alison Lewis**
Global Chief Marketing Officer,
Johnson & Johnson Consumer
**Johnson & Johnson**



**Norman de Greve**
Senior Vice President and
Chief Marketing Officer
**CVS Health**



**Stephanie McMahon**
Chief Brand Officer
**World Wrestling
Entertainment (WWE)**



**Diego Scotti**
Executive Vice President and
Chief Marketing Officer
**Verizon Communications**



**Raja Rajamannar**
Chief Marketing Officer
**MasterCard**



**Marc Pritchard**
Chief Brand Officer
**The Procter & Gamble
Company**



**Jim Speros**
Executive Vice President,
Corporate Communications
**Fidelity Investments**



**Deborah Wahl**
Senior Vice President and
Chief Marketing Officer
**McDonald's USA, LLC**



**Edwin Bragg**
Vice President of Marketing
and Communications
**Shake Shack**



**Denise Karkos**
Chief Marketing Officer
**TD Ameritrade
Holding Corp.**



**Susan Johnson**
Corporate Executive Vice President
and Chief Marketing Officer
**SunTrust Bank**



**Connie Weaver**
Executive Vice President and
Chief Marketing Officer
**TIAA**



**Gary Vaynerchuk**
Marketer, Entrepreneur,
Agency Owner, Social Media Guru
**VaynerMedia**



**Pio Schunker**
Senior Vice President and Global Head
of Brand Integrated Marketing
**Samsung Electronics**

www.ana.net/anamasters16

# 2016 ANA Masters of Marketing Conference

**#ANAMasters | www.ana.net/anamasters16**

ANA
708 Third Avenue
New York, NY 10017
www.ana.net

PRESORTED
FIRST CLASS
U.S. POSTAGE
**PAID**
LEHIGH VALLEY, PA
PERMIT NO. 369



**FOUR REASONS TO ATTEND**


**THE SPEAKERS**
Learn from marketers who are making a world of difference


**THE PRE-CONFERENCE WORKSHOPS**
Get up to speed on today's trending topics


**THE NETWORKING**
Mingle with industry peers and expand your network


**THE ENTERTAINMENT**
Soak in the music of star performers each night