
Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

July 13, 2017

Brendan J. O'Rourke
Member of the Firm
d 212.969.3120
f 212.969.2900
borourke@proskauer.com
www.proskauer.com

By ECF

The Honorable Valerie Caproni, U.S.D.J.
United States District Court for the
  Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re: *Association of National Advertisers v. Access Intelligence LLC*, 1:17-cv-03879-VEC

Dear Judge Caproni:

We represent Defendant Access Intelligence LLC in this action, and write to request an extension of the deadlines for Defendant's response to the Complaint [Dkt. 1] and the parties' joint pre-conference letter, and an adjournment of the initial pretrial conference.

The parties have reached agreement as to settlement and are arranging for signatures on that agreement. Defendant's deadline to respond to the Complaint is currently Friday, July 14, 2017. [*See* Dkt. 13] We request that this deadline be extended by two weeks to Friday, July 28, 2017. Counsel for Plaintiff Association of National Advertisers consents to Defendant's request to extend its time to answer by two weeks. This is Defendant's third request for an extension of its time to answer.

In addition, the parties' joint pre-conference letter for the initial pretrial conference currently scheduled for July 21, 2017 was originally due today, July 13, 2017. [*See* Dkt. 11] In light of the settlement agreement described above, we request that this deadline, and the date for the initial pretrial conference, also be adjourned by two weeks to July 27, 2017 and August 4, 2017, respectively. Plaintiff's counsel consents to this request. This is the first request for an extension of the deadline for the joint pre-conference letter, and the second request for an adjournment of the initial pretrial conference.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Brendan J. O'Rourke*
Brendan J. O'Rourke

cc: Plaintiff's counsel (via ECF)