USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/13/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ASSOCIATION OF NATIONAL         :
ADVERTISERS,                                      :
                                                              :
                              Plaintiff,           :      17-CV-3879 (VEC)
                                                              :
                                                              :              ORDER
              -against-                              :
                                                              :
ACCESS INTELLIGENCE LLC,         :
                                                              :
                              Defendant.        :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties reported to the Court by letter on July 13, 2017, that they have settled the case (Dkt. 14);

    It is hereby ORDERED that Plaintiff's claims will be dismissed without costs (including attorneys' fees) to either party on **August 14, 2017**, unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. To be clear, any request that the action not be dismissed **must** be filed **on or before August 14, 2017**; any request filed thereafter may be denied solely on that basis.

    If the parties wish for the Court to retain jurisdiction over their settlement agreement, not later than **August 7, 2017**, they must submit the settlement agreement to the Court in accordance with Rule 5.A of the Court's Individual Practices, along with a request that the Court issue an

order expressly retaining jurisdiction to enforce their settlement agreement.  *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

All deadlines and court conferences in this matter are cancelled.

**SO ORDERED.**

Date:  July 13, 2017  
 New York, NY

**VALERIE CAPRONI**
**United States District Judge**

2